# Exhibit "2"



IN THE DISTRICT COURT FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| TRISTAN KING, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. |
| CURTIS KENNEDY, | ) |
|     Defendant. | ) *Attorney's Lien Claimed* |
| | ) *Jury Trial Demanded* |

DISTRICT COURT
F I L E D
MAY 1 4 2020
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

CJ-2020 01591

Caroline Wall

### PETITION

COMES NOW the Plaintiff, Tristan King, by and through his counsel, Daniel Aizenman of the firm AIZENMAN LAW GROUP, and in support of his cause of action against the Defendant, Curtis Kennedy, alleges and states as follows:

### JURISDICTION AND VENUE

1. Plaintiff Tristan King ("Plaintiff") is a resident of Tulsa County, State of Oklahoma.

2. Upon information and belief, Defendant Curtis Kennedy ("Defendant") is a resident of Denver County, State of Colorado.

3. Plaintiff alleges injuries and damages in excess of $75,000.00, exclusive of costs and interest.

4. The motor-vehicle collision that occurred on January 9, 2019, which is the basis of this lawsuit, occurred in Tulsa County, State of Oklahoma.

5. This Court has jurisdiction over the parties and the subject matter.

6. Venue is proper in this Court.



## CAUSES OF ACTION

### COUNT I – NEGLIGENCE

7. Plaintiff hereby incorporates and re-alleges all preceding paragraphs by reference.

8. On January 9, 2019, Defendant, an impaired driver, failed to stop at a stop sign, and collided into Plaintiff, causing him to run into the stop sign.

9. Plaintiff alleges the cause of his injuries are due to the negligent acts, conduct, and/or omissions of Defendant, and without any negligence on the part of the Plaintiff contributing thereto.

### COUNT II – NEGLIGENCE *PER SE*

10. Plaintiff hereby incorporates and re-alleges all preceding paragraphs by reference.

11. The Defendant's conduct, and/or omissions constitute violations of applicable statutory and/or municipal ordinances, including, but not limited to those of the operation of motor-vehicles, rendering the Defendant liable under the legal theory of negligence *per se*.

### DAMAGES

12. Plaintiff hereby incorporates and re-alleges all preceding paragraphs by reference.

13. As a direct and proximate result of the Defendant's actions or omissions detailed above, the Plaintiff suffered injuries and damages.

## PUNITIVE DAMAGES

14. Plaintiff hereby incorporates and re-alleges all preceding paragraphs by reference.

15. Because the Defendant engaged in grossly negligent, intentional, willful, reckless, and/or malicious conduct, the Plaintiff is entitled to an award of exemplary and punitive damages against the Defendant.

WHEREFORE, the Plaintiff, Tristan King, prays for judgment in his favor against the Defendant for a sum in excess of $75,000.00 exclusive of costs and interest, together with the awarding of lawful costs, interest, punitive damages, and other relief this Court deems just and proper.

Respectfully submitted,

Daniel Aizenman, OBA #30971
AIZENMAN LAW GROUP
5800 East Skelly Drive, Suite 575
Tulsa, OK 74135
P: 918-426-4878
F: 918-513-6080
dan@aizenmanlaw.com

3